**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | |
|---|---|
| ROLANDO MIGUEL GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | CIVIL ACTION NO.: 5:26-cv-1056 |

**ORDER**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus drafted entirely in Spanish. To facilitate proceedings, I **ORDER** Petitioner to amend his Petition to state his allegations in English. See Rivas-Montano v. United States, No. 803CR47T24, 2006 WL 1428507, at *1 (M.D. Fla. May 22, 2006) ("“[I]t is clear, to the point of perfect transparency, that federal court proceedings must be conducted in English.”). I will not, at this time, order translation of Petitioner’s filings.

I **DIRECT** the Clerk of Court to mail Petitioner another copy of the standard form for filing § 2241 petitions, AO 242 Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241.

**SO ORDERED**, this 26th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA